# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ronn Keeler

Case No. Civil 00-1768 MJD/ESS

v.

**JUDGMENT IN A CIVIL CASE**

Constance Reece, Warden

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Petitioner's application to proceed without prepayment of fees is denied;

2. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. 2241 is dismissed without prejudice.

DATE: November 1, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk